Kenneth C. Howell, ISB No. 3235
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5226
Email: khowell@hawleytroxell.com


Attorneys for Defendants WELLS FARGO BANK,
N.A., and WELLS FARGO HOME MORTGAGE

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| DOUGLAS MUNJAR and BRENDA MUNJAR, husband and wife, | Case No. 10-563 |
| Plaintiffs, | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| vs. | |
| WELLS FARGO BANK, N.A., a federally chartered corporation; WELLS FARGO HOME MORTGAGE, and CORPORATE DOES 1-10, | |
| Defendants. | |

Defendant WELLS FARGO BANK, N.A., pursuant to Federal Rule of Civil Procedure 7.1(1), states that its parent corporation is Wells Fargo & Company, a publicly traded company (New York Stock Exchange ticker "WFC").

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 1

DATED THIS _____ day of December, 2010.

        HAWLEY TROXELL ENNIS & HAWLEY LLP


By /s/ Kenneth C. Howell _____
Kenneth C. Howell, ISB No. 3235
Attorneys for Defendants WELLS FARGO
BANK, N.A., and WELLS FARGO HOME
MORTGAGE


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this \_\_\_ day of December, 2010, I electronically filed the foregoing RULE 7.1 CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

April M. Linscott
LINSCOTT LAW FIRM, PLLC
linscotta@gmail.com




/s/ Kenneth C. Howell _____
Kenneth C. Howell

RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2